**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALEXANDER CLIFFORD and CHASE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>TRON FOUNDATION, JUSTIN SUN, and ZHIQIANG (LUCIEN) CHEN,<br><br>                Defendants. | Case No.  1:20-cv-02804-VSB<br><br>**NOTICE OF APPEARANCE OF CASEY O'NEILL** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Casey O'Neill of Fenwick & West LLP is admitted to practice in this court and hereby submits this notice of appearance of counsel for defendants Tron Foundation and Justin Sun.  For purposes of receipt of notice of electronic filing, counsel's email address is as follows:

    Casey O'Neill:       coneill@fenwick.com

                                  jtosches@fenwick.com

For other purposes, contact information for counsel is set forth below.  Defendants Tron Foundation and Justin Sun request that Mr. O'Neill be included on the Court's and parties' service lists.

Dated:   August 21, 2020

Respectfully submitted,

FENWICK & WEST LLP


By: *s/ Casey O'Neill*
Dean S. Kristy (NY Bar #1945658)
Casey O'Neill (NY Bar #4715363)
Michael S. Dicke (Calif. State Bar #158187)
(*pro hac vice* anticipated)
Alison C. Jordan (Calif. State Bar #311081)
(*pro hac vice* anticipated)
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: 415.875.2300
Facsimile:  415.281.1350
Email: dkristy@fenwick.com
Email: coneill@fenwick.com
Email: mdicke@fenwick.com
Email: ajordan@fenwick.com

*Attorneys for Defendants*
TRON FOUNDATION and JUSTIN SUN

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing was served via the CM/ECF system on the individuals listed below on August 21, 2020:

Philippe Z. Selendy
Jordan A. Goldstein
Michelle P. Foxman
Mitchell D. Nobel
Selendy & Gay PLLC
1290 Avenue of The Americas, 17th Floor
New York, NY  10104
Email: pselendy@selendygay.com
          jgoldstein@selendygay.com
          mfoxman@selendygay.com
          mnobel@selendygay.com

Kyle W. Roche
Edward J. Normand
Velvel (Devin) Freedman
Jordana L. Haviv
Roche Cyrulnik Freedman LLP
99 Park Avenue, Suite 1910
New York, NY  10016
Email: kyle@rcfllp.com
          tnormand@rcfllp.com
          vel@rcfllp.com
          jhaviv@rcfllp.com

*Attorneys for Plaintiffs*

                                                          s/ Casey O'Neill                           

                                                          *Attorneys for Defendants*
                                                          TRON FOUNDATION and JUSTIN SUN