

555 California Street                                415.875.2300
12th Floor                                          Fenwick.com
San Francisco, CA 94104

Dean S. Kristy
dkristy@fenwick.com  |  +1 415-875-2387

September 23, 2020

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    ***Clifford, et al. v. Tron Foundation, et al.*, No. 1:20-cv-02804-VSB**

Dear Judge Broderick:

        We represent Defendants TRON Foundation ("TRON") and Justin Sun.  We are
writing to provide information pertaining to plaintiffs' September 16, 2020 letter in this case
informing the Court that they are seeking to coordinate *Lee, et al. v. Binance, et al.*, 1:20-cv-
02803-ALC, pending before Judge Carter, with nine other actions pending in the Southern
District of New York (including this action).  ECF No. 34.  Plaintiffs filed similar letters in
each of the cases that they seek to coordinate.  TRON and Mr. Sun opposed plaintiffs'
request to coordinate in a letter dated September 21, 2020.  ECF No. 39.  Plaintiffs filed a
response on September 22, 2020.  ECF No. 43.

        Defendants in several of the other cases also opposed coordination.  On September
23, 2020, Judges presiding over two of the other actions that plaintiffs seek to coordinate
denied plaintiffs' request to coordinate.  Judge Preska denied coordination in *Williams v.
Quantstamp, Inc., et al.*, 1:20-cv-02813-LAP on the grounds that "common counsel and a
common plaintiff and perhaps even common legal issues do not necessarily make a case
appropriate for coordination."  Judge Hellerstein denied coordination in *Holsworth v.
BProtocol Foundation, et al.*, 1:20-cv-02810-AKH on the ground that "[c]oordination
because of possible similarity of questions of law is inappropriate." A copy of Judge Preska
and Judge Hellerstein's decisions are attached as Exhibits A and B, respectively.

                                        Respectfully,

                                        FENWICK & WEST LLP

                                        */s/ Dean S. Kristy*

                                        Dean S. Kristy (NY Bar #1945658)

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and correct copy of the foregoing was served via the CM/ECF system on the individuals listed below on September 23, 2020:

> Philippe Z. Selendy
> Jordan A. Goldstein
> Michelle P. Foxman
> Mitchell D. Nobel
> Selendy & Gay PLLC
> 1290 Avenue of The Americas, 17th Floor
> New York, NY  10104
> Email: pselendy@selendygay.com
>         jgoldstein@selendygay.com
>         mfoxman@selendygay.com
>         mnobel@selendygay.com


> Kyle W. Roche
> Edward J. Normand
> Velvel (Devin) Freedman
> Jordana L. Haviv
> Roche Cyrulnik Freedman LLP
> 99 Park Avenue, Suite 1910
> New York, NY  10016
> Email: kyle@rcfllp.com
>         tnormand@rcfllp.com
>         vel@rcfllp.com
>         jhaviv@rcfllp.com

*Attorneys for Plaintiffs*



*/s/ Dean S. Kristy*

*Attorneys for Defendants*
TRON FOUNDATION and JUSTIN
SUN