```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/30/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                         :
COREY HARDIN, DAVID                        :
MUHAMMAD, and CHASE WILLIAMS,    :
individually and on behalf of all others       :
similarly situated,                           :            20-cv-2804 (VSB)
                                         :
                     Plaintiffs,   :             **ORDER**
                                         :
           -against-                    :
                                         :
TRON FOUNDATION, JUSTIN SUN, and   :
ZHIQIANG (LUCIEN) CHEN,                  :
                                         :
                    Defendants.  :
                                         :
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On September 17, 2020, Plaintiffs filed a Certificate of Service for their Amended Complaint with this Court. (Doc. 35.) Accordingly, it is hereby:

ORDERED that Defendants are directed to answer or otherwise respond to the amended complaint by no later than December 15, 2020.

IT IS FURTHER ORDERED that if Defendants move to dismiss the amended complaint, Plaintiffs shall file any opposition to the motion(s) to dismiss within sixty (60) days after the filing of the motion(s), and Defendants shall file any reply within forty-five (45) days after the filing of the opposition(s) to the motion(s) to dismiss.

SO ORDERED.

Dated: October 30, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge