**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COREY HARDIN, DAVID MUHAMMAD, and CHASE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRON FOUNDATION, JUSTIN SUN, and ZHIQIANG (LUCIEN) CHEN,<br><br>Defendants. | Case No.  1:20-cv-02804-VSB<br><br>Honorable Vernon S. Broderick |

## CORPORATE DISCLOSURE STATEMENT OF TRON FOUNDATION

TRON Foundation ("TRON") hereby discloses pursuant to Federal Rule of Civil

Procedure 7.1 that it has no parent corporation and no publicly held corporation owns 10% or

more of TRON's stock.

Dated:   November 23, 2020                Respectfully submitted,

                                          FENWICK & WEST LLP


                                          By: /s/  *Dean S. Kristy*
                                                Dean S. Kristy (NY Bar #1945658)
                                                Casey O'Neill (NY Bar #4715363)
                                                Michael S. Dicke (Calif. Bar #158187)
                                                (admitted *pro hac vice*)
                                                Alison C. Jordan (Calif. Bar #311081)
                                                (admitted *pro hac vice*)
                                                555 California Street, 12th Floor
                                                San Francisco, CA  94104
                                                Telephone: 415.875.2300
                                                Facsimile:  415.281.1350
                                                Email:     dkristy@fenwick.com
                                                Email:     coneill@fenwick.com
                                                Email:     mdicke@fenwick.com
                                                Email:     ajordan@fenwick.com

                                                *Attorneys for Defendants*
                                                TRON FOUNDATION and JUSTIN SUN

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing was served on Defendant Zhiqiang (Lucien) Chen by email to zhiqiang_chen1@126.com and feedback@volumenetwork.io on November 23, 2020.

I further certify that a true and correct copy of the foregoing was served via the CM/ECF system on the individuals listed below on November 23, 2020:

Philippe Z. Selendy
Jordan A. Goldstein
Michelle P. Foxman
Mitchell D. Nobel
Selendy & Gay PLLC
1290 Avenue of The Americas, 17th Floor
New York, NY  10104
Email: pselendy@selendygay.com
        jgoldstein@selendygay.com
        mfoxman@selendygay.com
        mnobel@selendygay.com


Kyle W. Roche
Edward J. Normand
Velvel (Devin) Freedman
Jordana L. Haviv
Roche Cyrulnik Freedman LLP
99 Park Avenue, Suite 1910
New York, NY  10016
Email: kyle@rcfllp.com
        tnormand@rcfllp.com
        vel@rcfllp.com
        jhaviv@rcfllp.com

*Attorneys for Plaintiffs*

Dated:   November 23, 2020                 Respectfully submitted,

                                          FENWICK & WEST LLP


                                          */s/ Dean S. Kristy*
                                          Dean S. Kristy (NY Bar #1945658)

                                          *Attorneys for Defendants TRON Foundation*
                                          *and Justin Sun*