**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

COREY HARDIN, DAVID MUHAMMAD, and CHASE WILLIAMS, individually and on behalf of all others similarly situated,

                Plaintiffs,

v.

TRON FOUNDATION, JUSTIN SUN, and ZHIQIANG (LUCIEN) CHEN,

                Defendants.

Case No. 1:20-cv-02804-VSB

**CLERK'S CERTIFICATE OF DEFAULT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/2021

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 3, 2020 with the filing of a summons and complaint. I further certify that an amended complaint was filed on August 24, 2020, the Court granted Plaintiffs' motion for alternative service of the amended complaint on September 1, 2020, ECF No. 33, and proof of service on defendant Zhiqiang (Lucien) Chen ("Chen") of the summons and amended complaint was filed on September 17, 2020, ECF No. 35. I further certify that the docket entries indicate that defendant Chen has not filed an answer or otherwise moved with respect to the complaint or amended complaint herein. The default of defendant Chen is hereby noted.

Dated:     New York, New York
             February 10, 2021

                                                  **RUBY J. KRAJICK**
                                                   **Clerk of Court**

                               By: _____
                                              **Deputy Clerk**