# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COREY HARDIN, DAVID MUHAMMAD, and CHASE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>    v.<br><br>TRON FOUNDATION, JUSTIN SUN, and ZHIQIANG (LUCIEN) CHEN,<br><br>     Defendants. | No. 1:20-cv-02804-VSB<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) OF CLAIMS OF DAVID MUHAMMAD |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) OF CLAIMS OF PLAINTIFF DAVID MUHAMMAD

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff David Muhammad, through his counsel, hereby gives notice that he voluntarily dismisses all of his claims against all Defendants in the above captioned matter (the "Action"), without prejudice and without costs or attorneys' fees to any party.

To avoid any ambiguity, the two remaining Plaintiffs, Corey Hardin and Chase Williams, will continue to serve as lead plaintiffs in the Action and will continue to diligently prosecute all their claims on behalf of the Proposed Class. The withdrawal of David Muhammad as a plaintiff will not affect any of the issues currently under the Court's consideration as part of Defendants' motion to dismiss, ECF No. 54.

Dated: May 12, 2021
       New York, NY

_____          _____
Kyle W. Roche                              Philippe Z. Selendy
Edward Normand                             Jordan A. Goldstein
Velvel (Devin) Freedman (pro hac vice)     Mitchell Nobel
Jordana L. Haviv                           Michelle Foxman
ROCHE FREEDMAN LLP                         SELENDY & GAY PLLC
99 Park Avenue, 19th Floor                 1290 Sixth Avenue, 17th Floor
New York, NY 10016                         New York, NY 10104
kyle@rcfllp.com                            pselendy@selendygay.com
tnormand@rcfllp.com                        jgoldstein@selendygay.com
vel@rcfllp.com                             mnobel@selendygay.com
jhaviv@rcfllp.com                          mfoxman@selendygay.com

*Co-Lead Counsel and Attorneys for
Plaintiffs and the Proposed Class*