**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COREY HARDIN, DAVID MUHAMMAD, and CHASE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TRON FOUNDATION, JUSTIN SUN, and ZHIQIANG (LUCIEN) CHEN,<br><br>　　　　　　　Defendants. | No. 1:20-cv-02804-VSB<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) OF CLAIMS OF DAVID MUHAMMAD |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) OF CLAIMS OF PLAINTIFF DAVID MUHAMMAD**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff David Muhammad, through his counsel, hereby gives notice that he voluntarily dismisses all of his claims against all Defendants in the above captioned matter (the "Action"), without prejudice and without costs or attorneys' fees to any party.

To avoid any ambiguity, the two remaining Plaintiffs, Corey Hardin and Chase Williams, will continue to serve as lead plaintiffs in the Action and will continue to diligently prosecute all their claims on behalf of the Proposed Class.  The withdrawal of David Muhammad as a plaintiff will not affect any of the issues currently under the Court's consideration as part of Defendants' motion to dismiss, ECF No. 54.

Dated: May 12, 2021
New York, NY

_____
Kyle W. Roche
Edward Normand
Velvel (Devin) Freedman (pro hac vice)
Jordana L. Haviv
ROCHE FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY 10016
kyle@rcfllp.com
tnormand@rcfllp.com
vel@rcfllp.com
jhaviv@rcfllp.com

_____
Philippe Z. Selendy
Jordan A. Goldstein
Mitchell Nobel
Michelle Foxman
SELENDY & GAY PLLC
1290 Sixth Avenue, 17th Floor
New York, NY 10104
pselendy@selendygay.com
jgoldstein@selendygay.com
mnobel@selendygay.com
mfoxman@selendygay.com

*Co-Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

SO ORDERED:

_____
HON. VERNON S. BRODERICK  5/13/2021
UNITED STATES DISTRICT JUDGE