UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COREY HARDIN and CHASE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>TRON FOUNDATION, JUSTIN SUN, and ZHIQIANG (LUCIEN) CHEN,<br><br>                Defendants. | Case No. 1:20-cv-02804-VSB<br><br>**APPLICATION FOR LEAVE FOR ALISON C. JORDAN TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Honorable Vernon S. Broderick<br><br>APPLICATION GRANTED<br>SO ORDERED *[signature]*<br>VERNON S. BRODERICK<br>U.S.D.J. 7/15/2021 |

To: The Clerk of the Court and all parties of record:

    PLEASE TAKE NOTICE that pursuant to Local Civil Rule 1.4, Alison C. Jordan hereby seeks leave of Court to withdraw as counsel of record for Defendants TRON Foundation and Justin Sun due to Ms. Jordan's departure from the firm of Fenwick & West LLP. Ms. Jordan requests that she be removed from all notices, including the Court's CM/ECF electronic notification service, official mailing matrix, and other service lists in the above-referenced matter.

    Fenwick & West LLP and its attorneys Dean S. Kristy, Casey O'Neill, and Michael S. Dicke have represented Defendants Tron Foundation and Justin Sun through the pendency of this action and will continue to do so. Ms. Jordan's departure will not affect the posture of this case.

Dated: July 14, 2021

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Dean S. Kristy*
    Dean S. Kristy (NY Bar #1945658)
    Casey O'Neill (NY Bar #4715363)
    Michael S. Dicke (Calif. Bar #158187)
    (admitted *pro hac vice*)
    555 California Street, 12th Floor
    San Francisco, CA 94104
    Telephone: 415.875.2300
    Facsimile: 415.281.1350
    Email: dkristy@fenwick.com
    Email: coneill@fenwick.com
    Email: mdicke@fenwick.com

    *Attorneys for Defendants*
    TRON FOUNDATION and JUSTIN SUN

_____
    Vernon S. Broderick
   United States District Judge