**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COREY HARDIN and CHASE WILLIAMS, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | CASE NO. 1:20-cv-02804-VSB |
| v. | |
| TRON FOUNDATION, JUSTIN SUN, and ZHIQIANG (LUCIEN) CHEN, | |
| Defendants. | |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that Kyle W. Roche, Esq. of Roche Freedman, LLP ("RF") respectfully moves the Court pursuant to Local Rule 1.4 to withdraw as one of the attorneys for the Proposed Class. Mr. Roche is no longer involved in RF's class action practice. Accordingly, pursuant to Local Rule 1.4, Mr. Roche respectfully requests to no longer receive docketing notifications *via* the ECF system. Mr. Roche also asks that the Court approve this withdrawal.

DATED: August 31, 2022                    Respectfully Submitted,


                                          **ROCHE FREEDMAN LLP**


                                          */s/ Kyle W. Roche*
                                          Kyle W. Roche
                                          99 Park Avenue, 19th Floor
                                          New York, NY 10016
                                          kyle@rochefreedman.com

                                          *Co-Lead Counsel and Attorneys for Plaintiffs*
                                          *and the Proposed Class*

SO ORDERED this _____ day of _____, 2022.

_____

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on August 31, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Kyle W. Roche*
Kyle W. Roche