```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
CHASE WILLIAMS, et al.,                                    :
                                                           :
                          Plaintiffs,                      :
                                                           :       20-CV-2804 (VSB)
                  -against-                                :
                                                           :         ORDER
TRON FOUNDATION, et al.,                                   :
                                                           :
                          Defendants.                      :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

I held a status conference in this matter on October 14, 2022.  (*See* Doc. 94.)  At that conference, counsel from Roche Freedman LLP informed me that the Roche Freedman firm intended to withdraw from this case.  Counsel has not yet submitted a motion to withdraw from the case.  Accordingly, it is hereby:

ORDERED that, in accordance with their remarks made during the status conference, counsel for Roche Freedman LLP move to withdraw from this case on or before October 24, 2022.

SO ORDERED.

Dated: October 20, 2022
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge