APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 10/24/2022

UNITED STATES DISTRICT C[...]
SOUTHERN DISTRICT OF NEW [...]

COREY HARDIN and CHASE WILLIAMS,
individually and on behalf of all others similarly
situated,

     Plaintiffs,

v.

TRON FOUNDATION, JUSTIN SUN, and
ZHIQIANG (LUCIEN) CHEN,

     Defendants.

Case No. 1:20-cv-02804-VSB

**MOTION FOR LEAVE TO WITHDRAW ROCHE FREEDMAN LLP**

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the

Southern District of New York, the undersigned moves this Court for leave to withdraw Roche

Freedman LLP, Devin Freedman, Edward Normand, and Jordana Haviv as counsel of record.

Plaintiffs continue to be represented in this matter by Philippe Selendy, Jordan Goldstein and

Mitchell Nobel of the law firm of Selendy Gay Elsberg PLLC and the clients consent to this

withdrawal. In compliance with Local Rule 1.4, the Firm is asserting a charging lien.

Dated: October 21, 2022

Respectfully Submitted,

**ROCHE FREEDMAN LLP**

*/s/ Edward Normand*
Devin (Velvel) Freedman
Edward Normand
Jordana Haviv
99 Park Avenue, 19th Floor
New York, NY 10016
Tel.: (646) 350-0527
vel@rochefreedman.com

tnormand@rochefreedman.com
jhaviv@rochefreedman.com

*Co-Lead Counsel and Attorneys for Plaintiffs
and the Proposed Class*

IT IS SO ORDERED this _____day of_____ , 2022.

_____

Hon. Vernon S. Broderick
United States District Judge

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify under penalty of perjury that on October 21, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Edward Normand*
Edward Normand
