**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COREY HARDIN and CHASE WILLIAMS, Individually and on behalf of all others similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> TRON FOUNDATION, JUSTIN SUN and ZHIQIANG (LUCIEN) CHEN, <br><br> *Defendants*. | Case No. 1:20-cv-02804-VSB <br><br> **NOTICE OF WITHDRAWAL** |

**PLEASE TAKE NOTICE** that Selendy Gay PLLC, hereby withdraws Mitchell Nobel's appearance on behalf of Plaintiffs and requests that his email address mitchell.nobel@cantor.com be removed from all notices including the Court's CM/ECF electronic notification service, official mailing matrix, and other service lists in the above-captioned matter. Mr. Nobel is no longer an associate of the law firm Selendy Gay PLLC and will no longer represent any party in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that the remaining counsel of record for Selendy Gay PLLC will continue to appear as attorneys for Plaintiffs.

Dated: New York, NY  
November 1, 2024

SELENDY GAY PLLC

By:   */s/ Jordan A. Goldstein*

Jordan A. Goldstein  
SELENDY GAY PLLC  
1290 Avenue of the Americas  
New York, NY 10104  
Tel: 212-390-9000  
jgoldstein@selendygay.com

*Attorney for Plaintiffs*