UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
COREY HARDIN and CHASE WILLIAMS,
individually and on behalf of all others
similarly situated

                     20-CV-2804 (VSB) (RWL)

         Plaintiffs,

    - against -                **ORDER**

TRON FOUNDATION, JUSTIN SUN, and
ZHIQIANG (LUCIEN) CHEN,

         Defendants.
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference and oral argument held on April 1, 2025, via Microsoft Teams:

1. Defendants' motion for a stay is DENIED without prejudice to renewal in the event the Second Circuit grants interlocutory appeal.

2. The parties shall meet and confer and by April 15, 2025, shall jointly submit a revised proposed case schedule and proposal, if any, for phased discovery.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 133.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 1, 2025
New York, New York

Copies transmitted this date to all counsel of record.