```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COREY HARDIN and CHASE WILLIAMS,            :
individually and on behalf of all others    :   20-CV-2804 (VSB) (RWL)
similarly situated                          :
                                            :
                  Plaintiffs,               :
                                            :
        - against -                         :   ORDER
                                            :
                                            :
TRON FOUNDATION, JUSTIN SUN, and            :
ZHIQIANG (LUCIEN) CHEN,                     :
                                            :
                  Defendants.               :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held via Microsoft Teams on July 2, 2025, the issues raised in the parties' joint letter of June 15, 2025 (Dkt. 163):

1. Defendants shall comply with Plaintiffs' RFP 65 as narrowed to documents sufficient to show.

2. Defendants shall comply with Plaintiffs' RFP 133.

3. Plaintiffs shall comply with Defendants' RFPs 12, 13, 14, 31 insofar as those requests seek communications and expressed opinions about Defendants, the claims, and the crypto assets in this case, except that Plaintiffs do not need to produce their expressed opinions about whether the crypto assets at issue (or any other crypto assets) are securities under the law.

4. The parties shall meet and confer as to reasonable summary material that Plaintiffs can produce reflecting the extent of their crypto trading, including with respect to particular tokens and blockchains.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 2, 2025
       New York, New York

Copies transmitted this date to all counsel of record.