UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COREY HARDIN and CHASE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRON FOUNDATION, JUSTIN SUN, and ZHIQIANG (LUCIEN) CHEN,<br><br>Defendants. | Case No. 1:20-cv-02804 (VSB) (RWL) |

**ORDER GRANTING APPLICATION FOR THE ISSUANCE OF**
<u>**INTERNATIONAL LETTER OF REQUEST (LETTER ROGATORY)**</u>

Upon the Application for the Issuance of International Letter of Request (Letter Rogatory) (the "Application") filed by Plaintiffs, requesting the issuance of international letter of request (the "Letter of Request") pursuant to the provisions of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, 23 U.S.T. 2555, 847 U.N.T.S. 231, 28 U.S.C. § 1781 (the "Hague Evidence Convention"); and upon the record of the above-captioned matter;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

The Application is **GRANTED.**

The Clerk of the District Court is directed to return the original, signed Letter of Request to counsel for Plaintiffs so that said Letter of Request may be issued to the Supreme Court, Supreme Court Registry, British Virgin Islands.

The Clerk of the District Court is directed to return the original, signed Letter of Request to counsel for Plaintiffs so that said Letter of Request may be issued to the Supreme Court, Supreme Court Registry, British Virgin Islands.

Plaintiffs are directed to transmit the original, signed Letter of Request to the Supreme Court, Supreme Court Registry, British Virgin Islands.

The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: August 11, 2025
New York, New York

_____
THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE