UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COREY HARDIN and CHASE WILLIAMS, individually and on behalf of all others similarly situated,

Plaintiffs,

- against -

TRON FOUNDATION, JUSTIN SUN, and ZHIQIANG (LUCIEN) CHEN,

Defendants.

20-CV-2804 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the scheduling issue raised by the parties at Dkt. 250. With respect to the motion to compel the SEC, the Court already has the benefit of the initial motion letters to this Court (Dkts. 201-203) as well as the briefing from the D.C. court transferred to this Court. Accordingly, the Court believes the most efficient way for everyone to proceed is with supplemental letter briefing but with modified time frames. Accordingly, the parties shall proceed as follows. By **September 30, 2026**, Plaintiffs shall file their supplemental motion letter. By **October 7, 2026**, Defendants shall file their letter response. By **October 12, 2026**, the SEC shall file its response.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 24, 2026
New York, New York

Copies transmitted this date to all counsel of record.