UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COREY HARDIN and CHASE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>TRON FOUNDATION, JUSTIN SUN, and ZHIQIANG (LUCIEN) CHEN,<br><br>Defendants. | 20-CV-2804 (VSB) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has reviewed Defendants' application to maintain under seal numerous exhibits to the Declaration of Jordan A. Goldstein and select portions of briefing filed by Plaintiffs in support of their motion for class certification. (See Dkts. 245-247, 253-254.) Having carefully reviewed the materials and considered (1) whether the materials are judicial documents (they are); (2) the weight of the presumption (moderate – the materials are part-and-parcel of what the Court will consider in determining whether or not to certify the class, although many are cited only in footnotes or background sections of briefing); and (3) countervailing interests (some of the materials contain personally identifying information and potentially confidential business information; Defendants assert potential competitive harm; some of the material involves third parties not before the Court). *See Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 139-40 (2d Cir. 2016); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). Much of Defendants' concern about confidentiality and competitive harm is

overstated, based both on content and outdatedness of the materials at issue, which originate from 2018-2020. The Court also has weighed for each document whether the relative interests are best served by sealing in the entirety versus extensive redaction.

Accordingly, Defendants' motion to seal is granted in part and denied in part as follows:

1. Appendix B (moving brief and Niessner expert report): unredact "billion," "billions," "millions or billions of dollars," "a few billion," "several billion," and any other redaction that refers to billion(s) or million(s).

2. The following exhibits shall be unredacted except for personal email addresses, telephone numbers, or other personal contact information, and financial account numbers: 7, 9, 12, 14, 28, 33, 59, 61, 62, 63, 77, 78, 79, 80, 81, 95, 97, 98, 99, 102.

3. The following exhibits shall remain sealed: 5, 11, 13, 19, 34, 51, 52, 58, 60, 80, 82, 83, 84, 86, 87, 93, 94, 96, 101.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 253.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 5, 2026
New York, New York

Copies transmitted this date to all counsel of record.